UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
SPLIETHOFF TRANSPORT B.V.,

                   *Petitioner*,                       1:20-cv-03283-JPO

     -against-

PHYTO-CHARTER INC.,

                   *Respondent*.
-----------------------------------------------------X

## **FINAL JUDGMENT**

In accordance with the Court's Opinion and Order (Doc. 44) and the Clerk's Judgment (Doc. 45) of September 18, 2023 confirming the final arbitration award; the Court's Opinion and Order (Doc. 55) of April 22, 2024 regarding attorney's fees; and the United States Court of Appeals for the Second Circuit's Mandate (Doc. 60) of January 14, 2025, Final Judgment is entered in favor of Spliethoff Transport B.V. ("Spliethoff") and against Phyto-Charter, Inc. ("Phyto-Charter").

Accordingly, it is:

**ORDERED** that Spliethoff shall recover $633,558.68 from Phyto-Charter pursuant to the final arbitration award;

**ORDERED** that Spliethoff shall recover attorney's fees in the amount of $10,895.00 from Phyto-Charter;

**ORDERED** that this Final Judgment shall bear prejudgment interest to accrue at the prevailing prime rate of 7.5% on $633,558.68, beginning on September 16, 2022, through the date of this Final Judgment as provided for in the final arbitration award; and

**ORDERED** that this Final Judgment shall bear post-judgment interest at the statutory

rate (the weekly average 1-year constant maturity Treasury yield) of 4.17% per annum from

the date following this Final Judgment, until it is paid in full, for all of which execution shall

issue.

Dated: New York, New York
February 7, 2025

_____
J. PAUL OETKEN
United States District Judge